No. 79–986. CURRIE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–1000. DICHNE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–1017. SORKIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–1019. RANEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1031. SOUTHWEST TEXAS METHODIST HOSPITAL *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 79–1039. WILLIAM C. HAAS & Co., INC. *v.* CITY AND COUNTY OF SAN FRANCISCO. C. A. 9th Cir. Certiorari denied.

No. 79–1047. MIROFF ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–1053. BLEVINAL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1069. RONCI MANUFACTURING Co., INC. *v.* RHODE ISLAND ET AL. Sup. Ct. R. I. Certiorari denied.

No. 79–1093. BLY ET AL. *v.* MCLEOD, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–1106. ZAMBITO *v.* BLAIR, SHERIFF. C. A. 4th Cir. Certiorari denied.

No. 79–1107. YOTT *v.* NORTH AMERICAN ROCKWELL CORP. ET AL. C. A. 9th Cir. Certiorari denied.